B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Northern District of Oklahoma

In re  **Fleming Building Company, Incorporated**                     Case No.
                                    Debtor(s)                         Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Exportkreditnamnden Swedish Export Credits Guarantee Board c/o John Alfred Burkhard, Jr. 7134 S Yale, Ste 300 Tulsa, OK 74136 | Exportkreditnamnden Swedish Export Credits Guarantee Board c/o John Alfred Burkhard, Jr. Tulsa, OK 74136 | Judgment | Disputed | 3,161,756.71* |
| Fleming Building Co of Arkansas, Inc. 1001 Fort Gibson Road Tulsa, OK 74147 | Fleming Building Co of Arkansas 1001 Fort Gibson Road Tulsa, OK 74147 | Loans | | 991,459.74* |
| Davco Mechanical 4248 E. 96th St N Sperry, OK 74073 | Davco Mechanical 4248 E. 96th St N Sperry, OK 74073 | Sub-Contractor | | 505,759.89* |
| Mid-Town Electric Dennis Henry 5740 E Admiral Blvd Tulsa, OK 74115 | Mid-Town Electric Dennis Henry 5740 E Admiral Blvd Tulsa, OK 74115 | Sub-Contractor | | 356,329.90* |
| Whitacre Glass Works P O Box 471127 Tulsa, OK 74147 | Whitacre Glass Works P O Box 471127 Tulsa, OK 74147 | Sub-contractor | | 95,943.66* |
| R & R Tile & Carpet LLC Vince Kennon 9528 E 51st St Tulsa, OK 74145 | R & R Tile & Carpet LLC Vince Kennon 9528 E 51st St Tulsa, OK 74145 | Sub-Contractor | | 80,143.50* |
| Western Fire Protection Ernie Roberts 8320 S 89th W Ave Tulsa, OK 74131 | Western Fire Protection Ernie Roberts 8320 S 89th W Ave Tulsa, OK 74131 | Sub-Contractor | | 53,091.11* |
| R W H Concrete Inc 29724 E 155th Pl So. Coweta, OK 74429 | R W H Concrete Inc 29724 E 155th Pl So. Coweta, OK 74429 | Sub-Contractor | | 43,723.25* |
| Razorback Concrete Construction Gary Taylor 112 W 32nd Pl Sand Springs, OK 74063 | Razorback Concrete Construction Gary Taylor 112 W 32nd Pl Sand Springs, OK 74063 | Sub-Contractor | | 40,810.00**m |

*Existence and value of security unknown

B4 (Official Form 4) (12/07) - Cont.

In re  **Fleming Building Company, Incorporated**　　　　　　Case No. _____

　　　　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Murray Womble Inc. Joey Austin P O Box 1795 Owasso, OK 74055-1795 | Murray Womble Inc. Joey Austin P O Box 1795 Owasso, OK 74055-1795 | Vendor and/or Sub-Contractor | | 38,932.97* |
| Able Interior Contractor P O Box 825 Locust Grove, OK 74352-0825 | Able Interior Contractor P O Box 825 Locust Grove, OK 74352-0825 | Sub-Contractor | | 38,719.52* |
| Orcutt's Comm. Painting 1648 E 66th St N Tulsa, OK 74126-1356 | Orcutt's Comm. Painting 1648 E 66th St N Tulsa, OK 74126-1356 | Sub-Contractor | | 38,000.00* |
| Shows Steel, LLC Kelby Shows 7833 Gossett Road Lake Charles, LA 70605 | Shows Steel, LLC Kelby Shows 7833 Gossett Road Lake Charles, LA 70605 | Sub-Contractor | | 35,639.25* |
| Advantage Glass 5018 E Archer St Tulsa, OK 74115 | Advantage Glass 5018 E Archer St Tulsa, OK 74115 | Sub-Contractor | | 30,210.00* |
| Bennett Steel Inc. 2210 N Industrial Road Sapulpa, OK 74066 | Bennett Steel Inc. 2210 N Industrial Road Sapulpa, OK 74066 | Sub-Contractor | | 28,722.50* |
| Horizon Lawn, Landscape Kyle Sage 8901 W 81st St Tulsa, OK 74131 | Horizon Lawn, Landscape Kyle Sage 8901 W 81st St Tulsa, OK 74131 | Sub-Contractor | | 27,885.00* |
| Eagle Redi-Mix 2761 E Skelly Dr. Ste 300 Tulsa, OK 74105 | Eagle Redi-Mix 2761 E Skelly Dr. Ste 300 Tulsa, OK 74105 | Sub-Contractor | | 26,218.00* |
| Overhead Door-Tulsa P O Box 580997 Tulsa, OK 74158 | Overhead Door-Tulsa P O Box 580997 Tulsa, OK 74158 | Sub-Contractor | | 24,812.65* |
| Tri-Star Construction LLC P O Box 400 Catoosa, OK 74015 | Tri-Star Construction LLC P O Box 400 Catoosa, OK 74015 | Sub-Contractor | | 23,442.57* |
| B & W Manufacturing Co. Doug Hoyle 8700 Regency Dr Tulsa, OK 74131 | B & W Manufacturing Co. Doug Hoyle 8700 Regency Dr Tulsa, OK 74131 | Vendor | | 23,216.00* |
| United Masonry P O Box 458 Skiatook, OK 74070 | United Masonry P O Box 458 Skiatook, OK 74070 | Sub-Contractor | | 22,075.10* |

　　* Existance and value of security unknown

B4 (Official Form 4) (12/07) - Cont.

In re  Fleming Building Company, Incorporated                          Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 17, 2015**            Signature  **/s/ Raymond A. Miller, Jr.**
                                              Raymond A. Miller, Jr.
                                              President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.